**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANK MILFORD PECK,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 68798

**FILED**

OCT 1 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus seeking an order directing the Washoe County Sheriff to provide an affidavit of when, and if, a motion to recuse was served on Judge Elliot Sattler. Having considered the documents submitted in this matter, we decline to exercise our original jurisdiction because petitioner has failed to provide copies of any documents supporting his assertions. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Elliott Sattler, District Judge
Frank Milford Peck
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31396